IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT A. SANDERS ET AL., | CASE NO. 5:13-CV-01038-EJD |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| VERIFONE SYSTEMS INC. ET AL., | |
| Defendants. | |

The above-entitled action is scheduled for a Case Management Conference on June 14, 2013. The court finds that a conference is unnecessary at this time and accordingly CONTINUES the Case Management Conference to August 9, 2013 at 10:00 a.m. The parties shall file their Joint Case Management Statement by no later than August 2, 2013.

**IT IS SO ORDERED.**

Dated: June 11, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-CV-01038-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE