GOLD BENNETT CERA & SIDENER LLP
SOLOMON B. CERA (State Bar No. 99467)
THOMAS C. BRIGHT (State Bar No. 169713)
595 Market Street, Suite 2300
San Francisco, California 94105
Tel: (415) 777-2230
Fax: (415) 777-5189
E-mail: scera@gbcslaw.com
E-mail: tbright@gbcslaw.com

*Attorneys for Lead Plaintiffs*

SULLIVAN & CROMWELL
BRENDAN P. CULLEN (State Bar No. 194057)
SVERKER K. HOGBERG (State Bar No. 244640)
1870 Embarcadero Road
Palo Alto, California 94303-3308
Tel: (650) 461-5600
Fax: (650) 461-5700
E-mail: cullenb@sullcrom.com
E-mail: hogbergs@sullcrom.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE SECURITIES LITIGATION | Case No.: 13-CV-01038 EJD<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULING** |

WHEREAS, by Order dated October 7, 2013, this Court appointed the Selz Funds as Lead Plaintiffs and set November 7, 2013, as the deadline to file a consolidated complaint (ECF No. 59);

WHEREAS, the Court's October 7, 2013 Order did not set deadlines for the filing of: (a) any response to the consolidated complaint, including a motion to dismiss; (b) any opposition to defendants' motion to dismiss; or (c) defendants' reply in support of any motion to dismiss;

WHEREAS, the Court has not previously modified the deadlines set on October 7, 2013;

WHEREAS, Lead Plaintiffs and Defendants VeriFone Systems, Inc., Douglas G. Bergeron, Marc E. Rothman, and Robert Dykes ("Defendants"), through their respective counsel, have conferred and agreed to extend the dated for Lead Plaintiffs to file the consolidated complaint by thirty-nine (39) days;

WHEREAS, Lead Plaintiffs and Defendants, through their respective counsel, have conferred and agreed to deadlines for the filing of: (a) any response to the consolidated complaint, including a motion to dismiss; (b) any opposition to defendants' motion to dismiss; or (c) defendants' reply in support of any motion to dismiss;

WHEREAS, the proposed time modifications would have no effect on the schedule for the case other than the Case Management Conference scheduled for November 8, 2013, and as described below;

Accordingly, Pursuant to Civil L.R. 7-12, IT IS HEREBY STIPULATED AND AGREED, by the parties, through the undersigned counsel, subject to Court approval as follows:

1. Lead Plaintiffs shall file the consolidated complaint by December 16, 2013.

2. Defendants shall file their answers or move to dismiss the consolidated complaint on or before February 14, 2014.

3. Lead Plaintiffs shall file their opposition to any motion to dismiss on or before April 15, 2014.

4. Defendants shall file any replies in support of their motion(s) to dismiss on or before May 15, 2014.

Dated: October 14, 2013

GOLD BENNETT CERA & SIDENER LLP

/s/Thomas C. Bright
Thomas C. Bright

Attorneys for Lead Plaintiffs

Dated: October 14, 2013

SULLIVAN & CROMWELL LLP

/s/Brendan P. Cullen
Brendan P. Cullen

Attorneys for Defendants

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October __, 2013

______________________________
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

Submitted by:

Solomon B. Cera (State Bar No. 99467)
Thomas C. Bright (State Bar. 169713)
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
E-mail: scera@gbcslaw.com
E-mail: tbright@gbcslaw.com