**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                    SAN JOSE DIVISION
10

IN RE VERIFONE SECURITIES                    CASE NO. 5:13-CV-01038-EJD
LITIGATION

11                                           **ORDER VACATING CASE
                                             MANAGEMENT CONFERENCE**
12
13
14

This matter is currently set for a Case Management Conference on December 6, 2013.

Having reviewed the parties' Joint Case Management Conference Statement, Dkt. Item No. 69, the

court finds that a conference would not be productive at this time and hereby VACATES the

conference. The court shall set a Case Management Conference, if necessary, in its order on

Defendants' anticipated Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: December 3, 2013

EDWARD J. DAVILA
United States District Judge

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

CASE NO. 5:13-CV-01038-EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE