CERA LLP
SOLOMON B. CERA (State Bar No. 99467)
THOMAS C. BRIGHT (State Bar No. 169713)
LOUIS A. KESSLER (State Bar No. 243703)
595 Market Street, Suite 2300
San Francisco, California 94105
Tel: (415) 777-2230
Fax: (415) 777-5189
E-mail: scera@cerallp.com
E-mail: tbright@cerallp.com
E-mail: lakessler@cerallp.com

Attorneys for Lead Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE SECURITIES LITIGATION | Case No.: 13-cv-01038-EJD<br><br>**<u>CLASS ACTION</u>**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING COURT'S MARCH 29, 2016 ORDER AND ENTRY OF FINAL JUDGMENT RESERVING RIGHT TO APPEAL** |

WHEREAS, by Order dated March 29, 2016, this Court granted Defendants' Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint with leave to amend (ECF No. 102) ("March 29, 2016 Order");

WHEREAS, the March 29, 2016 Order set a deadline of April 15, 2016 for the filing of any amended complaint;

WHEREAS, by Stipulation and Order of this Court, the Selz Family 2011 Trust, Karnack Partners L.P., Ermitage Selz Fund Ltd., GAM Selection Hedge Investments Inc., and Bernard Selz ("Lead Plaintiffs") were given until June 3, 2016 to file a Third Amended Complaint; (ECF No. 104);

WHEREAS Lead Plaintiffs have determined that they do not intend to further amend but rather they choose to stand on the allegations of their Second Amended Complaint as adequately stating claims for relief;

WHEREAS Lead Plaintiffs explicitly reserve the right to appeal from any judgment entered as a result of this Stipulation;

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR COUNSEL OF RECORD AS FOLLOWS:

1. Lead Plaintiffs shall not file a Third Amended Complaint;

2. Lead Plaintiffs explicitly reserve the right to appeal from any judgment entered hereon or pursuant hereto;

3. Lead Plaintiffs and Defendants VeriFone Systems, Inc., Douglas G. Bergeron, and Robert Dykes ("Defendants") agree to waive any right to recover costs, attorneys' fees or expenses as against one another based on the proceedings in the litigation to date;

4. Lead Plaintiffs and Defendants agree that they and their respective counsel have complied with Rule 11 of the Federal Rules of Civil Procedure as to all proceedings herein;

5. The above-captioned action is dismissed with prejudice as to all claims and parties; and

6. Lead Plaintiffs and Defendants request that the Court entered the form of Judgment attached hereto as Exhibit A.

Dated: June 3, 2016

CERA LLP

/s/Thomas C. Bright
Thomas C. Bright

Attorneys for Lead Plaintiffs

Dated: June 3, 2016

SULLIVAN & CROMWELL LLP

/s/ Brendan P. Cullen
Brendan P. Cullen

1870 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorney for Defendants*

**ATTESTATION PURSUANT TO CIVIL L.R. 5.1(i)(3)**

I, Brendan P. Cullen, as the filer of this document, hereby attest that I have obtained the concurrence of Thomas C. Bright in the filing of this document.

/s/ Brendan P. Cullen
Brendan P. Cullen

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The form of Judgment attached hereto as Exhibit A will be entered by the Court. The Clerk shall close this file.

Dated: June 6, 2016

The Honorable Edward J. Davila
United States District Judge

Submitted by:

Solomon B. Cera (State Bar No. 99467)
Thomas C. Bright (State Bar. 169713)
CERA LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
E-mail: scera@cerallp.com
E-mail: tbright@cerallp.com