UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE SECURITIES LITIGATION | Case No.: 13-cv-01038-EJD <br><br> **CLASS ACTION** <br><br> **JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Rule 54(a) of the Federal Rules of Civil Procedure that judgment is entered in favor of Defendants VeriFone Systems, Inc., Douglas G. Bergeron, and Robert Dykes and against Lead Plaintiffs. The above-captioned action is dismissed with prejudice as to all claims and parties. Each side shall bear their own costs.

IT IS SO ORDERED.

Dated: June 6, 2016

Honorable Edward J. Davila
United States District Judge

1