CERA LLP
SOLOMON B. CERA (State Bar No. 99467)
THOMAS C. BRIGHT (State Bar No. 169713)
LOUIS A. KESSLER (State Bar No. 243703)
595 Market Street, Suite 2300
San Francisco, California 94105
Tel: (415) 777-2230
Fax: (415) 777-5189
E-mail: scera@cerallp.com
E-mail: tbright@cerallp.com
E-mail: lakessler@cerallp.com

Attorneys for Lead Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE SECURITIES LITIGATION | Case No.: 13-cv-01038-EJD |
| | **CLASS ACTION** |
| | **NOTICE OF APPEAL** |

        PLEASE TAKE NOTICE that Lead Plaintiffs the Selz Family 2011 Trust, Karnack

Partners L.P., Ermitage Selz Fund Ltd., GAM Selection Hedge Investments Inc., and Bernard

Selz hereby appeal to the United States Court of Appeals for the Ninth Circuit from the

Judgment in a Civil Case entered on the civil docket on June 6, 2016 (ECF No. 107) and the

underlying Order Granting Defendant's Motion to Dismiss (ECF No. 102).


 Dated:  June 9, 2016                          CERA LLP

                                                      /s/Thomas C. Bright
                                                      Thomas C. Bright

                                               Attorneys for Lead Plaintiffs