FILED

UNITED STATES COURT OF APPEALS

SEP 12 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  VERIFONE SECURITIES LITIGATION, _____ BERNARD SELZ; et al.,          Plaintiffs-Appellants, v. VERIFONE SYSTEMS, INC.; et al.,          Defendants-Appellees. | No.    16-16063 D.C. No. 5:13-cv-01038-EJD Northern District of California, San Jose ORDER |

Appellants' motion to dismiss this appeal (Docket Entry No. 4) is granted.

Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:


By: Margaret A. Corrigan
Circuit Mediator


MAC/Mediation