**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

September 13, 2016

CASE NUMBER:   **CV 13-01038 EJD**
CASE TITLE:   **SCOTT A SANDERS-v- VERIFONE SYSTEMS INC**
DATE MANDATE FILED:   12/12/16

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

Susan Y. Soong, Clerk

by: Cynthia **Hernandez**
Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

CRIMINAL   -   Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16